**Tyrell Davron ANDERSON,
Plaintiff—Appellant,**

v.

**SECRETARY, Department of Public Safety and Correctional Services, for the State of Maryland, Defendant—Appellee.**

No. 06–7111.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Sept. 1, 2006.

Tyrell Davron Anderson, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Sec'y Dep't Pub. Safety and Corr. Servs.,* No. 1:05–cv–02851–AMD (D.Md. May 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*